CO-386-online
10/03

**FILED**

AUG 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

# United States District Court
# For the District of Columbia

| | |
|---|---|
| LOMA LINDA UNIVERSITY MEDICAL CENTER ) ) ) ) ) Plaintiff ) vs ) MICHAEL O. LEAVITT, Secretary ) United States Department of Health and Human Services ) ) ) Defendant ) | Civ  Case: 1:08-cv-01520<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 8/29/2008<br>Description: Admn. Agency Review |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___Loma Linda University Medical Center___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___Loma Linda University Medical Center___ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D.C. Bar. # 484614
BAR IDENTIFICATION NO.

Andrew C. Bernasconi
Print Name

Reed Smith LLP, 1301 K St NW, Ste 1100 -East Tower
Address

Washington, DC 20005
City            State            Zip Code

(202) 414-9200
Phone Number